UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Weixing V. Wang

v. Case No. 26-cv-826-SE-AJ

Rudolph Ogden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 13, 2026. I agree with Judge Johnstone that the claims alleged against Judge Ogden all arise from his actions, findings, and rulings as the presiding judge in a New Hampshire Superior Court case and, as such, are judicial actions. Therefore, the claims are barred by absolute judicial immunity. See Suny v. KCP Advisory Gr., LLC, 152 F.4th 25, 29-30 (1st Cir. 2025). The clerk shall enter judgment and close this case.

Samantha D. Elliott
Chief Judge

Date: October 27, 2026